# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 6, 2022

Lyle W. Cayce
Clerk

No. 21-40689
consolidated with
No. 21-40706
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Luis Trevino-Gomez,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:21-CR-339-1
USDC No. 2:16-CR-813-1

Before Davis, Jones, and Elrod, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Jose Luis Trevino-Gomez has moved for leave to withdraw and has filed a brief in

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-40689

c/w No. 21-40706

accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Trevino-Gomez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.